

**ORDERED in the Southern District of Florida on December 12, 2011.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In Re: | Case No. 08-10632-BKC-PGH |
| | Chapter 7 |
| FIRST NLC FINANCIAL SERVICES, LLC, etc., et al., | JOINTLY ADMINISTERED |
| Debtors. | |
| _____/ | |

### ORDER SUSTAINING TRUSTEE'S OBJECTIONS TO CLAIM NO. 398 [D.E. #1814]

THIS CAUSE having come before the Court without a hearing upon the Trustee's Objections to Claim No. 398 [D.E. #1814] and Certificate of No Response filed by the Trustee and this Court having considered the basis for the objections to the claims, and being otherwise fully advised in the premises, thereupon

**ORDERS AND ADJUDGES** that the Trustee's Objection to Claim No. 398, filed by Mortgage Electronic Registration Systems, Inc. ("MERS"), is sustained and Claim No. 398 is allowed in the amount of $27,915.05 as a general unsecured nonpriority claim.

###

**Submitted By:**

Alvin S. Goldstein, Esquire
Furr and Cohen, P.A.
Attorneys for Trustee
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
Telephone:  561-395-0500; Facsimile:  561-338-7532
Email:  agoldstein@furrcohen.com

Mr. Goldstein is directed to serve a conformed copy of this Order on those parties listed below via the manner stated and to file a Certificate of Service with the Court.

By Notice of Electronic Filing:

- Deborah Menotte     menottetrustee@gmail.com, FL43@ecfcbis.com

By U.S. Mail:

Mortgage Electronic Registration Systems, Inc. ("MERS")
1818 Library Street, Suite 300
Reston, VA 20190

Mortgage Electronic Registration Systems, Inc. ("MERS")
c/o Bill McCaughan
Morgan Lewis
5300 Southeast Financial Center
200 S. Biscayne Boulevard
Miami, FL 33131-2339