**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                             Case No. 08-10632-BKC-PGH
FIRST NLC FINANCIAL SERVICES LLC              Chapter 7


　　　　　　　Debtor                              /

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U. S. BANKRUPTCY COURT CLERK**

　　Notice is given that:

(xx)　　The trustee has a balance of $4,203.93 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13.  The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )　　The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

( )　　The disbursing agent in a chapter 11 liquidating plan has $_____ in funds unclaimed 120 calendar days after the final distribution under the plan.  The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

　　Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

　　Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.


Dated:  March 30, 2016　　　　　　　　　/s/ Deborah C. Menotte, Trustee
　　　　　　　　　　　　　　　　　　　　　　DEBORAH C. MENOTTE, TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　P. O. BOX 211087
　　　　　　　　　　　　　　　　　　　　　　WEST PALM BEACH, FL 33421
　　　　　　　　　　　　　　　　　　　　　　(561) 795-9640
　　　　　　　　　　　　　　　　　　　　　　Email:  dmenotte@gmail.com

Copies to:
Attorney for Debtor
U.S. Trustee

**NAME:** **First NLC Financial Services LLC, Debtor**

**CASE NO:** **08-10632-BKC-PGH**

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 379 | Apple Tree Residential App<br>c/o Gerardo M. Sauceda<br>1315 E. Chapin Road<br>Edenburg, TX  78541 | $750.00 | $328.01 |
| 167 | Aimee P. Magro<br>9931 Baybreeze Drive<br>Huntington Beach, CA 92646 | $1000.00 | $1000.00 |
| 35 | PIP Printing<br>10218 NW 50th Street<br>Sunrise, FL  33351 | $519.77 | $227.32 |
| 205 | US Internetworking, Inc.<br>Attn:  Legal Dept.<br>One USI Plaza, 2500 Riva Rd.<br>Annapolis, MD  21401 | $6056.00 | $2648.60 |
|  | Total: |  | $4,203.93 |